**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/7/18 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:  Theresa Marie Morfenski<br>Debtor(s) | |
| SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTOR TRUST<br>　　　　　　　　　　Movant<br>　　　　　v.<br>Theresa Marie Morfenski<br>　　　　　　　　　　Respondent<br>Daniel J. Morfenski<br>　　　　　　　　　　Additional Respondent<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 16-10920 TPA<br><br>CHAPTER 13<br><br>Related to Docket #____43____ |

**ORDER MODIFYING SECTION 362 & 1301 AUTOMATIC STAY & CO-DEBTOR STAY**

AND NOW, this 7th day of September 2018, at Pittsburgh, upon Motion of SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTOR TRUST, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 1007 Liberty St, Meadville, PA 16335-0000 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

ljm

Theresa Marie Morfenski
1007 Liberty Street
Meadville, PA 16335

Daniel J. Morfenski
1007 Liberty St
Meadville, PA 16335-0000

Daniel P. Foster Esquire
Foster Law Offices
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-10920-TPA
Theresa Marie Morfenski                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: amaz              Page 1 of 1            Date Rcvd: Sep 07, 2018
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.
db              #+Theresa Marie Morfenski,    1007 Liberty Street,    Meadville, PA 16335-3263
                 +Daniel J. Morfenski,    1007 Liberty St,    Meadville, PA 16335-3263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Theresa Marie Morfenski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT
               SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LSF10 Master Participation Trust pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    LSF10 Master Participation Trust
               lcolwell@squirelaw.com, kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sarah Kathleen McCaffery    on behalf of Creditor    LSF10 Master Participation Trust
               smccaffery@squirelaw.com
                                                                                             TOTAL: 7