**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 16-10920-TPA |
| Theresa Marie Morfenski, | : |  |
| Debtor/Movant, | : | Chapter 13 |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Clients Name:**        Theresa Marie Morfenski
**Incorrect Address:**   1007 Liberty Street, Meadville, PA 16335

**Correct Address:**     564 Arch Street, Meadville PA 16335

Respectfully Submitted,

Date: September 17, 2018

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors