**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Theresa Marie Morfenski | : Chapter 13 |
| | : Bankruptcy No.16-10920-TPA |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 & 1301 |

LSF10 Master Participation Trust, by Caliber Home Loans, Inc., Solely in its capacity as servicer.

                          Movant    Hearing Time and Date

vs.

Theresa Marie Morfenski

                          Debtor(s)    Objections due by:

and

Ronda J. Winnecour                           Docket# _____

                          Trustee    Related to Doc#

                RESPONDENTS

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF LSF10 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., SOLEY IN ITS CAPACITY AS SERVICER.
FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY**

    **TO THE RESPONDENTS:**

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than November 12, 2018 i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once. A hearing will be held on November 14, at 10:30 am before Judge Thomas P. Agresti in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

                                                    Respectfully submitted,
                                                    /s/ Sarah K. McCaffery

                                                   Sarah K. McCaffery, Esquire
                                                   Richard M. Squire & Assoc., LLC
                                                   One Jenkintown Station
                                                   115 West Avenue, Suite 104
                                                   Jenkintown, PA 19046
                                                   (215) 886-8790
                                                   (215) 886-8791 (fax)
Dated: 10/24/2018                          smccaffery@squirelaw.com (email)