**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Theresa Marie Morfenski | : Chapter 13 |
| | : Bankruptcy No.16-10920-TPA |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 & 1301 |

| | | |
|---|---|---|
| LSF10 Master Participation Trust, by Caliber Home Loans, Inc. | | |
| | Movant | Hearing Time and Date: 12/12/2018 at 10:00 am |
| vs. | | |
| Theresa Marie Morfenski | | |
| | Debtor(s) | Objections due by: 11/26/2018 |
| and | | |
| Ronda J. Winnecour | | Docket# _____ |
| | Trustee | Related to Doc# |
| RESPONDENTS | | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF LSF10 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC.**
**FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **November 26, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once. A hearing will be held on **December 12, 2018 at 10:00 am** before Judge Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Respectfully submitted,
/s/ Sarah K. McCaffery

Sarah K. McCaffery, Esquire
Richard M. Squire & Assoc., LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
(215) 886-8790
(215) 886-8791 (fax)
Dated: 11/07/2018        smccaffery@squirelaw.com (email)