FILED
12/4/18 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Theresa Marie Morfenski          : Chapter 13

                                          : Bankruptcy No.16-10920-TPA
        Debtor(s)                         :
_____       : 11 U.S.C. § 362 & 1301

LSF10 Master Participation Trust, by Caliber
Home Loans, Inc, Solely in its capacity as         Rel to Doc No. 63
servicer.
                              Movant
                vs.
Theresa Marie Morfenski
                              Debtor(s)
                and
Ronda J. Winnecour
                              Trustee
                         RESPONDENTS

### ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362

    AND NOW, this __4th__ day of __December__ 20__18__, upon consideration of Movant's Motion
for Relief from the Automatic Stay; it is hereby

    **ORDERED,** That Relief from the Automatic Stay and Co-Debtor Automatic Stay are granted,
allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose
upon (or to enter into a Deed in Lieu of Foreclosure) and obtain possession of the Property situated at
1007 Liberty Street, Meadville, PA 16335 ("Property"),

BY THE COURT:

Honorable Thomas P. Agresti
United States Bankruptcy Judge

tjm

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Assistant U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Daniel P. Foster
PO Box 966
Meadville, PA 16335

Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Theresa Marie Morfenski
1007 Liberty Street
Meadville, PA 16335

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-10920-TPA
Theresa Marie Morfenski                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy          Page 1 of 1          Date Rcvd: Dec 04, 2018
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             +Theresa Marie Morfenski,    564 Arch Street,    Meadville, PA 16335-2930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor Theresa Marie Morfenski dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
        WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT
        SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bkgroup@kmllawgroup.com
        Jerome B. Blank    on behalf of Creditor    LSF10 Master Participation Trust pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Richard M. Squire    on behalf of Creditor    LSF10 Master Participation Trust
        lcolwell@squirelaw.com,  kdiskin@squirelaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sarah Kathleen McCaffery    on behalf of Creditor    LSF10 Master Participation Trust
        smccaffery@squirelaw.com
                                                                                TOTAL: 7