Certificate Number: 02998-PAW-DE-034847881

Bankruptcy Case Number: 16-10920



02998-PAW-DE-034847881

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2020, at 3:03 o'clock PM EDT, Theresa M Morfenski completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 4, 2020          By:   /s/Angela  McMillan

                                   Name:   Angela  McMillan

                                   Title:   Counselor