**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/8/20 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>THERESA MARIE MORFENSKI<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>THERESA MARIE MORFENSKI<br><br>Respondents | Case No. 16-10920TPA<br><br>Chapter 13<br><br>Document No. 69 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __8th__ day of September, 20__20__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Touchstone Solutions
Attn: Payroll Manager
11176 Murray Rd
Meadville, PA 16335

is hereby ordered to immediately terminate the attachment of the wages of THERESA MARIE MORFENSKI, social security number XXX-XX-2534. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THERESA MARIE MORFENSKI.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____    ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-10920-TPA
Theresa Marie Morfenski                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 1              Date Rcvd: Sep 08, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.
db             +Theresa Marie Morfenski,    564 Arch Street,    Meadville, PA 16335-2930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Theresa Marie Morfenski dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT
               SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LSF10 Master Participation Trust pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    LSF10 Master Participation Trust
               lcolwell@squirelaw.com,   kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sarah Kathleen McCaffery    on behalf of Creditor    LSF10 Master Participation Trust
               bankruptcy@powerskirn.com
                                                                                             TOTAL: 7