Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Theresa Marie Morfenski** | : | Case No. 16−10920−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 76 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/9/20 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

 *AND NOW,* this ***The 1st of October, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 76 , by the Chapter 13 Trustee

 It is hereby **ORDERED, ADJUDGED and DECREED** that:

 (1) ***On or before November 17, 2020***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

 (2) This *Motion* is scheduled for hearing on ***December 9, 2020 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

 (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-10920-TPA

Theresa Marie Morfenski     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lmar     Page 1 of 2

Date Rcvd: Oct 01, 2020     Form ID: 300b     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Marie Morfenski, 564 Arch Street, Meadville, PA 16335-2930 |
| cr | + | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14293579 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14293581 | + | Credit Protection Associates, Po Box 802068, Dallas, TX 75380-2068 |
| 14293582 | + | HSBC Mortgage Services, PO Box 5249, Carol Stream, IL 60197-5249 |
| 14323021 | + | Household Finance Consumer Discount Company, C/O HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14293585 | + | Northwest Physician Associates, 1012 Water Street, Meadville, PA 16335-3468 |
| 14365127 | + | WF 19 Grantor Trust, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14293580 | + | Email/Text: rkiser@co.crawford.pa.us | Oct 02 2020 04:22:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 14711636 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Oct 02 2020 04:23:00 | LSF10 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14293583 | + | Email/Text: mwetherbee@mmchs.org | Oct 02 2020 04:22:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14293584 | + | Email/Text: Bankruptcy@natfuel.com | Oct 02 2020 04:22:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14293587 | + | Email/PDF: cbp@onemainfinancial.com | Oct 02 2020 03:57:20 | Onemain Financial / Citifinancial, 100 International Dr., Baltimore, MD 21202-4673 |
| 14293586 | + | Email/PDF: cbp@onemainfinancial.com | Oct 02 2020 03:54:11 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Ntsb-2320, Irving, TX 75039-3198 |
| 14293588 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 02 2020 04:22:00 | Transworld Systems Inc / 51, 507 Prudential Road, Horsham, PA 19044-2308 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Specialized Loan Servicing LLC as servicer for WIL |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 16-10920-TPA   Doc 78   Filed 10/03/20   Entered 10/04/20 01:26:17   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-1 | User: lmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: 300b | Total Noticed: 15 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Theresa Marie Morfenski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor LSF10 Master Participation Trust pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard M. Squire | on behalf of Creditor LSF10 Master Participation Trust lcolwell@squirelaw.com  kdiskin@squirelaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor LSF10 Master Participation Trust bankruptcy@powerskirn.com |

TOTAL: 7